[No. 3604.    Dec. 14, 1931.]

STATE v. POPP et al.

[6 P. (2d) 200.]

John J. Kenney, of Santa Fe, for appellant.

E. R. Wright and Carl H. Gilbert, both of Santa Fe, for appellees.

OPINION OF THE COURT

PARKER, J.

The transcript on appeal in this case was filed June 26, 1930, since which time nothing whatever has been done by way of filing briefs in behalf of appellant, or the taking of any other steps which might possibly toll the time. It is therefore considered by the court, in pursuance of rule XV, section 11, that the appeal in this court should be dismissed, and it is so ordered.

BICKLEY, C. J., and WATSON, J., concur.

SADLER and HUDSPETH, JJ., did not participate.